ERIC A. GROVER (SBN 136080)
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Tel: (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com

JS-6

MARK R. THIERMAN (SBN 72918)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500; Fax: (775) 703-5027
laborlawyer@pacbell.net

Attorneys for Plaintiff
BRYAN DAVENPORT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVENPORT, on behalf of himself and all others similarly situated, and on behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>UNION BANK OF CALIFORNIA, N.A., UNIONBANC INVESTMENT SERVICES LLC, a Delaware limited liability corporation, and DOES l through 10 inclusive,<br><br>Defendants. | Case No. 2:07-CV-00001 FMC (VBKx)<br><br>CLASS ACTION<br>**JUDGMENT ON SETTLEMENT OF CLASS ACTION**<br><br>DATE:  October 20, 2008<br>TIME:    10:00 a.m.<br>COURTROOM:  750<br>Hon. Florence-Marie Cooper |

[PROPOSED] JUDGMENT ON SETTLEMENT OF CLASS ACTION
Case No. 2:07-CV-00001 FMC (VBKx)

PURSUANT TO THE ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON OCTOBER _20_, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment as to the Released Federal Law Claims and the Released State Law Claims of the Settlement Class Members, as defined in the Stipulation and Settlement Agreement ("Stipulation"), shall be entered in the above-captioned action as described below.  Judgment as to the Class Representative's Released Claims, as defined in the Stipulation, shall also be entered in the above-captioned action as described below.

The Settlement Class Members include members of one Settlement Class composed of all individuals whom the Defendants employed in Covered Positions during the Class Period, or the estates of such individuals.  The Stipulation defines "Covered Positions" as those who were employed at any time during the Class Period in either or both of the following positions covered by the Stipulation: (a) current and former Senior Financial Advisors ("SFAs") (formerly referred to as Senior Investment Specialists) whom Union Bank has employed within the State of California; and (b) current and former Financial Advisors ("FAs") (formerly referred to as Account Executives) whom Union Bank has employed within the State of California.  The Class Period is September 20, 2002 through July 9, 2008.

This Litigation is dismissed on the merits with prejudice.  Plaintiff Bryan Davenport's individual claims against Defendant (Class Representative's Released Claims), as set forth in the Stipulation at pp. 6:9–7:22, are dismissed with prejudice. The Settlement Class Members' Released Federal Law Claims, as defined in the Stipulation at pp. 10:22-11:4, are dismissed with prejudice.  The Settlement Class Members' Released State Law Claims, as defined in the Stipulation at pp. 11:5-12:2, are dismissed with prejudice.  Without affecting the finality of the Settlement or the Judgment to be entered hereon, this Court shall retain exclusive and continuing jurisdiction over the Litigation and the Parties, including all Class Members, for

purposes of enforcing and interpreting the Settlement, this Order, and the claims process established therein.

**IT IS SO ORDERED.**

Dated: October 20, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

**Approved as to form:**

Dated: October ___, 2008     KELLER GROVER LLP

By: _____
ERIC A. GROVER
Attorneys for Plaintiff
BRYAN DAVENPORT and CLASS COUNSEL

Dated: October ___, 2008     MORGAN, LEWIS & BOCKIUS LLP

By: _____
JOHN S BATTENFELD
Attorneys for Defendants
UNION BANK OF CALIFORNIA, N.A., and
UNIONBANC INVESTMENT SERVICES, LLC